UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61516-CIV-DIMITROULEAS

VICTOR ARIZA,

    Plaintiff,

v.

THE COFFEE BEANERY, LTD.,
a foreign for-profit corporation, and
DOLPHIN DE AUBERET, INC.,
d/b/a COFFEE BEANERY, a Florida
for-profit corporation,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE

The Court, having reviewed the Joint Stipulation of Dismissal of Entire Case with Prejudice [DE 32], signed by counsel for Plaintiff, VICTOR ARIZA, and counsel for Defendants, THE COFFEE BEANERY, LTD. and DOLPHIN DE AUBERET, INC. d/b/a COFFEE BEANERY (Plaintiff and Defendants are collectively referred to herein as "the Parties"), and having been advised of the resolution between the Parties, it is:

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause of Plaintiff is hereby dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs incurred in this case.

2. The resolution reached between the Parties is in full and final consideration of any and all claims and damages which Plaintiff asserted, or could have asserted, in this case.

3. The dismissal of this matter shall not act as or constitute an admission by Defendants, or any of its current or former employees, that they committed any wrongful act, or violated or breach the terms of any agreement or duty owed, statutory or otherwise.

4. Defendants are hereby discharged from any further responsibility to any such claims and attorneys' fees and costs in connection therewith which may be claimed herein.

5. In light of the foregoing, any and all pending motions in this matter are hereby **DENIED AS MOOT** and this matter is hereby **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 8th day of February, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record